# UNITED STATES DISTRICT COURT
*District of Nebraska*
**APPLICATION FOR ADMISSION TO PRACTICE**
$176.00[1]

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2012 OCT 10 PM 12: 02

Provide case number if admission requested by court: _____
Appearing on behalf of:

I, James M. Manley, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Colorado and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Colo. 40327
(Bar Code if Bar Applicable)

Mountain States Legal Foundation     (Law Firm or Federal Agency)
2596 S. Lewis Way                    (Mailing Address)
Lakewood, CO  80227                  (City, State, Zip)
(303) 292-2021/ (303) 292-1980       (Telephone/Fax Number)

I, James M. Manley, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 28th day of September 2012.

_____
(Signature of Applicant)

**(This portion must be completed and signed by either the clerk of the highest court in any state in which the applicant is admitted to practice OR by a member of the Bar of the United States District Court for the District of Nebraska).**

I hereby certify that the applicant is of good moral character and a member of the highest court of the state of _Colorado_ as certified by the applicant above. DATED this 2nd day of _October_, 2012.

**Clerk of the Supreme Court of the State of** _Colorado_

(Please sign name).
_Christopher T. Ryan_
(Please print name)

OR

**Member of Bar, U.S. District Court For the District of Nebraska**

_____
(Please sign name)
_____
(Please print name)

NE Bar Code # _____

IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this 10th day of _Oct._, 2012.      _Jim Burbown_
                                            (Deputy Clerk)

Last update 5/25/06                                    n:\proc\forms\attyadm.wpd

---

[1] The $176.00 filing fee is waived for federal agency attorneys.

