IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT LAUTENBAUGH, | ) | 4:12CV3214 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NEBRASKA STATE BAR ASSOCIATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that Plaintiff's counsel shall make necessary arrangements with Defendants' counsel (once identified) to contact my judicial assistant, Kris Leininger, by telephone at (402) 437-1640, to schedule a conference call between counsel for the parties and myself to discuss case progression, including, but not limited to, a discussion of scheduling issues related to Plaintiff's motion to certify class (filing 7) and Plaintiff's motion for preliminary injunction (filing 8).[1]

    October 15, 2012.                      BY THE COURT:

                                                  *Richard G. Kopf*
                                                  Senior United States District Judge

---

[1] Among other things, counsel for the parties should be prepared to discuss whether the trial on the merits shall be consolidated with a preliminary injunction hearing pursuant to Fed. R. Civ. P. 65(a)(2).