IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT LAUTENBAUGH, | ) | 4:12CV3214 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NEBRASKA STATE BAR ASSOCIATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that filing 14, Plaintiff's motion to schedule a hearing date on Plaintiff's motion for preliminary injunction (filing 8), is denied. As previously ordered (see filing 12), Plaintiff's counsel is to arrange with Defendants' counsel to contact my judicial assistant to schedule a conference call for discussion of case progression matter, including discussion of the need for and timing of a hearing on the motion for preliminary injunction.

November 8, 2012.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge