IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT LAUTENBAUGH, on behalf of himself and the class he seeks to represent,<br><br>           Plaintiff,<br><br>V.<br><br>NEBRASKA STATE BAR ASSOCIATION, WARREN R. WHITTED, JR., President, Nebraska State Bar Association, in his official capacity, MARSHA E. FANGMEYER, President-Elect, Nebraska State Bar Association, in her official capacity, and G. MICHAEL FENNER, President-Elect Designate, Nebraska State Bar Association, in his official capacity,<br><br>           Defendants. | 4:12CV3214<br><br><br><br>ORDER |

The parties have filed a stipulation. I have examined the stipulation.

IT IS ORDERED that the stipulation (filing no. 33) is approved, the parties are ordered to perform the stipulation, and the preliminary injunction hearing is cancelled.

DATED this 13th day of December, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge