IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT LAUTENBAUGH, | ) |
| Plaintiff, | ) Case No. 4:12-cv-03214-RGK |
| v. | ) |
| | ) **PROGRESSION ORDER** |
| NEBRASKA STATE BAR ASSOCIATION; *et al.* | ) |
| Defendants. | ) |

This Court having held telephonic status conference with the parties on March 26, 2013, and based upon that conference:

It is hereby ORDERED that on or before April 16, 2013, the parties shall exchange initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1); and

It is FURTHER ORDERED that, following initial disclosures, the parties shall confer to discuss and develop a proposed plan for further progression of this case and be prepared to discuss that plan during a telephonic status conference on April 24, 2013, at 2:00 pm Central DST.[1]

DATED this 29th day of March, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] My chambers will place the call. If the parties have a conflict with the scheduled date and time of the telephone conference, they should jointly contact my judicial assistant, Kris Leininger, at (402) 437-1640, to reschedule.