IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT LAUTENBAUGH, | ) | 4:12CV3214 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NEBRASKA STATE BAR ASSOCIATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

For case progression and statistical reporting purposes,

IT IS ORDERED that the plaintiff's motion for preliminary injunction (filing 8) is denied without prejudice to refiling. The court's order entered on December 13, 2012 (filing 34), which approved the parties' stipulation regarding the motion for preliminary injunction (filing 33), will otherwise remain in full force and effect.

September 23, 2013.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge