# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT LAUTENBAUGH, | ) |
| | ) |
| Plaintiff, | ) No. 4:12-cv-03214-RGK |
| | ) |
| v. | ) **ORDER GRANTING JOINT** |
| | ) **MOTION FOR EXTENSION OF TIME** |
| NEBRASKA STATE BAR ASSOCIATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This matter having come before the Court upon the parties' Joint Motion for Extension of Time (Filing 57), and good cause being shown,

It is hereby ORDERED that the Joint Motion for Extension of Time is hereby GRANTED, and

It is FURTHER ORDERED that the parties shall submit a Joint Status Report on or before January 22, 2014, suggesting how this case shall proceed.

DATED this 16th day of January, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge