# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT LAUTENBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:12-cv-03214-RGK |
| | ) | |
| v. | ) | **THIRD PROGRESSION ORDER** |
| | ) | |
| NEBRASKA STATE BAR | ) | |
| ASSOCIATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

This Court having reviewed the parties' Joint Status Report (Filing 59) and having been fully advised of the premises,

It is hereby ORDERED that:

1. Plaintiff's motion for summary judgment is due on or before February 10, 2014;

2. Defendants' response and/or cross-motion for summary judgment is due on or before March 10, 2014;

3. Plaintiff's response/reply regarding the cross-motions for summary judgment is due on or before March 31, 2014; and

4. Defendants' reply regarding their cross-motion for summary judgment is due on or before April 14, 2014.

It is FURTHER ORDERED that the deadlines set forth in this Court's April 25, 2013 Order are vacated pending resolution of the cross-motions for summary judgment.

1

DATED this 23rd day of January, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge