# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT LAUTENBAUGH, | ) |
| Plaintiff, | ) No. 4:12-cv-03214-RGK |
| v. | ) **ORDER GRANTING MOTION TO** |
| | ) **WITHDRAW** |
| NEBRASKA STATE BAR ASSOCIATION, *et al.*, | ) |
| Defendants. | ) |

Upon Plaintiff's motion, and good cause appearing, IT IS HEREBY ORDERED that James M. Manley is granted leave to withdraw from this case.

DATED this 2nd day of September, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge